| Count | Last Name | First Name | Overtime Back Wages | Equal Amount in Liquidated Damages | TOTAL |
|---|---|---|---|---|---|
| 1 | Acharya | Navaraj | $ 971.47 | $ 971.47 | $ 1,942.94 |
| 2 | Adali | Jose | $ 320.58 | $ 320.58 | $ 641.15 |
| 3 | Alalopa | Guadalupe | $ 326.82 | $ 326.82 | $ 653.64 |
| 4 | Badahar | Tara Pun | $ 3,753.19 | $ 3,753.19 | $ 7,506.38 |
| 5 | Bonagiri | Srinivas | $ 2,508.06 | $ 2,508.06 | $ 5,016.13 |
| 6 | Carranza-Zelaya | Leonardo | $ 736.73 | $ 736.73 | $ 1,473.46 |
| 7 | Chivalan | Isais | $ 117.88 | $ 117.88 | $ 235.75 |
| 8 | Galindo | Xiomara | $ 501.04 | $ 501.04 | $ 1,002.08 |
| 9 | Garbuja | Dek | $ 3,926.48 | $ 3,926.48 | $ 7,852.97 |
| 10 | Gomez | Oscar | $ 785.40 | $ 785.40 | $ 1,570.81 |
| 11 | Gonzalez | Joel-Justo | $ 2,892.67 | $ 2,892.67 | $ 5,785.34 |
| 12 | Gupta | Vijaykumar | $ 287.70 | $ 287.70 | $ 575.40 |
| 13 | Gurung | Dibakar | $ 5,362.95 | $ 5,362.95 | $ 10,725.89 |
| 14 | Gurung | Laxmi | $ 518.34 | $ 518.34 | $ 1,036.68 |
| 15 | Hernandez | Jorge | $ 3,869.93 | $ 3,869.93 | $ 7,739.86 |
| 16 | KC | Ranjan | $ 6,150.53 | $ 6,150.53 | $ 12,301.05 |
| 17 | Lama | Kazi | $ 2,493.71 | $ 2,493.71 | $ 4,987.42 |
| 18 | Mani | Naga | $ 2,508.06 | $ 2,508.06 | $ 5,016.13 |
| 19 | Mariyamma | Pragati | $ 531.72 | $ 531.72 | $ 1,063.44 |
| 20 | Melgar-Gomez | Danilo | $ 458.12 | $ 458.12 | $ 916.25 |
| 21 | Merikinapalli | Srinivas | $ 4,175.07 | $ 4,175.07 | $ 8,350.14 |
| 22 | Nalla | Narsiah | $ 2,844.10 | $ 2,844.10 | $ 5,688.19 |
| 23 | Perez Nunez | Yorbin Osmin | $ 2,519.15 | $ 2,519.15 | $ 5,038.30 |
| 24 | Perreira | Joaquim | $ 556.80 | $ 556.80 | $ 1,113.60 |
| 25 | Pilli | Rambabu | $ 3,927.67 | $ 3,927.67 | $ 7,855.33 |
| 26 | Reddy | Ghanga | $ 5,627.14 | $ 5,627.14 | $ 11,254.28 |
| 27 | Reddy | Sridhar | $ 360.77 | $ 360.77 | $ 721.55 |
| 28 | Rivera | Mario | $ 5,780.32 | $ 5,780.32 | $ 11,560.64 |
| 29 | Rodriguez-Mejia | Yovani | $ 9,493.08 | $ 9,493.08 | $ 18,986.17 |
| 30 | Sampath Kumar | Keshi Reddy | $ 2,841.26 | $ 2,841.26 | $ 5,682.52 |
| 31 | Sanabria | Samy | $ 9,637.15 | $ 9,637.15 | $ 19,274.29 |
| 32 | Shaik | Ahmadussain | $ 4,652.71 | $ 4,652.71 | $ 9,305.42 |
| 33 | Shaik | Janbi | $ 68.26 | $ 68.26 | $ 136.51 |
| 34 | Shaik | Noorjan | $ 4,657.37 | $ 4,657.37 | $ 9,314.74 |
| 35 | Shankar Radha | Ravi | $ 8,996.78 | $ 8,996.78 | $ 17,993.56 |
| 36 | Sharma | Suvas | $ 293.90 | $ 293.90 | $ 587.81 |
| 37 | Tamang | Dil | $ 2,506.85 | $ 2,506.85 | $ 5,013.70 |
| 38 | Tamang | Manju | $ 2,813.92 | $ 2,813.92 | $ 5,627.83 |
| 39 | Tamang | Pancha | $ 2,743.92 | $ 2,743.92 | $ 5,487.85 |
| 40 | Venkata | Selaam Venkata | $ 95.49 | $ 95.49 | $ 190.98 |
| 41 | Zacarias | Armando | $ 3,886.90 | $ 3,886.90 | $ 7,773.79 |
| TOTAL | | | $ 117,500.00 | $ 117,500.00 | $ 235,000.00 |