| **03/31/2021** | **Back Wages** | **Liquidated Damages** | **Principal** | **Interest** | **Total Owed** |
|---|---|---|---|---|---|
| Navaraj Acharya | $485.74 | $485.74 | $971.47 | $0.00 | $971.47 |
| Dek Garbuja | $1,963.24 | $1,963.24 | $3,926.48 | $0.00 | $3,926.48 |
| Vijaykumar Gupta | $143.85 | $143.85 | $287.70 | $0.00 | $287.70 |
| Laxmi Gurung | $259.17 | $259.17 | $518.34 | $0.00 | $518.34 |
| Kazi Lama | $1,246.86 | $1,246.86 | $2,493.71 | $0.00 | $2,493.71 |
| Pragati Mariyamma | $265.86 | $265.86 | $531.72 | $0.00 | $531.72 |
| Narsiah Nalla | $1,422.05 | $1,422.05 | $2,844.10 | $0.00 | $2,844.10 |
| Yorbin Osmin Perez Nunez | $1,259.58 | $1,259.58 | $2,519.15 | $0.00 | $2,519.15 |
| Keshi Reddy Sampath Kumar | $1,420.63 | $1,420.63 | $2,841.26 | $0.00 | $2,841.26 |
| Ahmadhussain Shaik | $234.04 | $234.04 | $468.07 | $0.00 | $468.07 |
| Srinivas Merikinapalli | $2,087.54 | $2,087.54 | $4,175.07 | $0.00 | $4,175.07 |
| Rambabu Pilli | $327.47 | $327.47 | $654.93 | $0.00 | $654.93 |
| Jose Adali | $160.29 | $160.29 | $320.58 | $0.00 | $320.58 |
| Guadalupe Alalopa | $163.41 | $163.41 | $326.82 | $0.00 | $326.82 |
| Tara Pun Badahur | $1,876.60 | $1,876.60 | $3,753.19 | $0.00 | $3,753.19 |
| Srinivas Bonagiri | $1,254.03 | $1,254.03 | $2,508.06 | $0.00 | $2,508.06 |
| Leonardo Carranza-Zelaya | $368.37 | $368.37 | $736.73 | $0.00 | $736.73 |
| Isais Chivalan | $58.94 | $58.94 | $117.88 | $0.00 | $117.88 |
| Xiomara Galindo | $250.52 | $250.52 | $501.04 | $0.00 | $501.04 |
| Oscar Gomez | $392.70 | $392.70 | $785.40 | $0.00 | $785.40 |
| Joel Justo Gonzalez | $1,446.34 | $1,446.34 | $2,892.67 | $0.00 | $2,892.67 |
| Dibakar Gurung | $2,681.48 | $2,681.48 | $5,362.95 | $0.00 | $5,362.95 |
| Jorge Hernandez | $1,934.97 | $1,934.97 | $3,869.93 | $0.00 | $3,869.93 |
| Ranjan KC | $3,075.27 | $3,075.27 | $6,150.53 | $0.00 | $6,150.53 |
| Naga Mani | $1,254.03 | $1,254.03 | $2,508.06 | $0.00 | $2,508.06 |
| Danilo Melgar-Gomez | $229.06 | $229.06 | $458.12 | $0.00 | $458.12 |
| Joaquim Perreira | $278.40 | $278.40 | $556.80 | $0.00 | $556.80 |
| Ghanga Reddy | $2,813.57 | $2,813.57 | $5,627.14 | $0.00 | $5,627.14 |
| Sridhar Reddy | $180.39 | $180.39 | $360.77 | $0.00 | $360.77 |
| Mario Rivera-Ventura | $2,890.16 | $2,890.16 | $5,780.32 | $0.00 | $5,780.32 |
| Yovani Rodriguez-Mejia | $2,575.51 | $2,575.51 | $5,151.01 | $0.00 | $5,151.01 |
| TOTAL | | | $70,000.00 | $0.00 | $70,000.00 |

| **06/30/2021** | **Back Wages** | **Liquidated Damages** | **Principal** | **Interest** | **Total Owed** |
|---|---|---|---|---|---|
| Yovani Rodriguez-Mejia | $2,271.62 | $2,271.62 | $4,543.24 | $21.76 | $4,565.00 |
| Samy Sanabria | $4,920.69 | $4,920.69 | $9,841.37 | $47.14 | $9,888.51 |
| Ravi Radha Shankar | $4,593.72 | $4,593.72 | $9,187.43 | $44.01 | $9,231.44 |
| Manju Tamang | $1,436.78 | $1,436.78 | $2,873.55 | $13.77 | $2,887.32 |
| Pancha Tamang | $1,401.04 | $1,401.04 | $2,802.07 | $13.42 | $2,815.49 |
| Armando Zacarias | $1,984.63 | $1,984.63 | $3,969.25 | $19.04 | $3,988.29 |
| Jose Adali | $3.40 | $3.40 | $6.79 | $0.03 | $6.82 |
| Guadalupe Alalopa | $3.47 | $3.47 | $6.93 | $0.03 | $6.96 |
| Tara Pun Badahur | $39.77 | $39.77 | $79.53 | $0.38 | $79.91 |
| Srinivas Bonagiri | $26.58 | $26.58 | $53.15 | $0.25 | $53.40 |
| Leonardo Carranza-Zelaya | $7.81 | $7.81 | $15.61 | $0.07 | $15.68 |
| Isais Chivalan | $1.25 | $1.25 | $2.50 | $0.01 | $2.51 |
| Xiomara Galindo | $5.31 | $5.31 | $10.62 | $0.05 | $10.67 |

| | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Oscar Gomez | $8.32 | $8.32 | $16.64 | $0.08 | $16.72 |
| Joel Justo Gonzalez | $30.65 | $30.65 | $61.30 | $0.29 | $61.59 |
| Dibakar Gurung | $56.83 | $56.83 | $113.65 | $0.54 | $114.19 |
| Jorge Hernandez | $41.01 | $41.01 | $82.01 | $0.39 | $82.40 |
| Ranjan KC | $65.17 | $65.17 | $130.33 | $0.62 | $130.95 |
| Naga Mani | $26.58 | $26.58 | $53.15 | $0.25 | $53.40 |
| Danilo Melgar-Gomez | $4.86 | $4.86 | $9.71 | $0.05 | $9.76 |
| Joaquim Perreira | $5.90 | $5.90 | $11.80 | $0.06 | $11.86 |
| Ghanga Reddy | $59.62 | $59.62 | $119.24 | $0.57 | $119.81 |
| Sridhar Reddy | $3.82 | $3.82 | $7.64 | $0.04 | $7.68 |
| Mario Rivera-Ventura | $61.25 | $61.25 | $122.49 | $0.59 | $123.08 |
| Ahmadhussain Shaik | $2,141.98 | $2,141.98 | $4,283.96 | $20.52 | $4,304.48 |
| Janbi Shaik | $34.86 | $34.86 | $69.72 | $0.34 | $70.06 |
| Noorjan Shaik | $2,378.40 | $2,378.40 | $4,756.79 | $22.78 | $4,779.57 |
| Suvas Sharma | $150.09 | $150.09 | $300.17 | $1.44 | $301.61 |
| Dil Kumar Tamang | $1,280.18 | $1,280.18 | $2,560.36 | $12.26 | $2,572.62 |
| Selaam Venkata Venkata | $48.77 | $48.77 | $97.53 | $0.46 | $97.99 |
| Navaraj Acharya | $10.37 | $10.37 | $20.74 | $0.10 | $20.84 |
| Dek Garbuja | $41.91 | $41.91 | $83.82 | $0.40 | $84.22 |
| Vijaykumar Gupta | $3.07 | $3.07 | $6.14 | $0.03 | $6.17 |
| Laxmi Gurung | $5.53 | $5.53 | $11.06 | $0.05 | $11.11 |
| Kazi Lama | $26.62 | $26.62 | $53.23 | $0.25 | $53.48 |
| Pragati Mariyamma | $5.68 | $5.68 | $11.35 | $0.05 | $11.40 |
| Narsiah Nalla | $30.36 | $30.36 | $60.71 | $0.29 | $61.00 |
| Yorbin Osmin Perez Nunez | $26.89 | $26.89 | $53.77 | $0.26 | $54.03 |
| Keshi Reddy Sampath Kumar | $30.33 | $30.33 | $60.65 | $0.29 | $60.94 |
| Rambabu Pilli | $1,679.33 | $1,679.33 | $3,358.66 | $19.55 | $3,378.21 |
| Srinivas Merikinapalli | $45.67 | $45.67 | $91.34 | $0.53 | $91.87 |
| | | | $50,000.00 | $243.04 | $50,243.04 |

| 09/30/2021 | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Jose Adali | $54.57 | $54.57 | $109.13 | $0.31 | $109.44 |
| Guadalupe Alalopa | $55.63 | $55.63 | $111.25 | $0.32 | $111.57 |
| Tara Pun Badahur | $638.79 | $638.79 | $1,277.58 | $3.62 | $1,281.20 |
| Srinivas Bonagiri | $426.87 | $426.87 | $853.74 | $2.42 | $856.16 |
| Leonardo Carranza-Zelaya | $125.39 | $125.39 | $250.78 | $0.71 | $251.49 |
| Isais Chivalan | $20.07 | $20.07 | $40.13 | $0.11 | $40.24 |
| Xiomara Galindo | $85.28 | $85.28 | $170.55 | $0.48 | $171.03 |
| Oscar Gomez | $133.68 | $133.68 | $267.35 | $0.76 | $268.11 |
| Joel Justo Gonzalez | $492.33 | $492.33 | $984.66 | $2.79 | $987.45 |
| Dibakar Gurung | $912.77 | $912.77 | $1,825.54 | $5.18 | $1,830.72 |
| Jorge Hernandez | $658.66 | $658.66 | $1,317.31 | $3.74 | $1,321.05 |
| Ranjan KC | $1,046.82 | $1,046.82 | $2,093.63 | $5.94 | $2,099.57 |
| Naga Mani | $426.87 | $426.87 | $853.74 | $2.42 | $856.16 |
| Danilo Melgar-Gomez | $77.97 | $77.97 | $155.94 | $0.44 | $156.38 |
| Joaquim Perreira | $94.77 | $94.77 | $189.53 | $0.54 | $190.07 |
| Ghanga Reddy | $957.74 | $957.74 | $1,915.47 | $5.43 | $1,920.90 |
| Sridhar Reddy | $61.41 | $61.41 | $122.81 | $0.35 | $123.16 |
| Mario Rivera-Ventura | $983.81 | $983.81 | $1,967.61 | $5.58 | $1,973.19 |
| Yovani Rodriguez-Mejia | $1,615.71 | $1,615.71 | $3,231.42 | $9.17 | $3,240.59 |
| Samy Sanabria | $1,640.24 | $1,640.24 | $3,280.47 | $9.31 | $3,289.78 |
| Ravi Radha Shankar | $1,531.24 | $1,531.24 | $3,062.48 | $8.69 | $3,071.17 |

| Name | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Manju Tamang | $478.93 | $478.93 | $957.85 | $2.72 | $960.57 |
| Pancha Tamang | $467.01 | $467.01 | $934.02 | $2.65 | $936.67 |
| Armando Zacarias | $661.51 | $661.51 | $1,323.01 | $3.76 | $1,326.77 |
| Navaraj Acharya | $165.37 | $165.37 | $330.74 | $0.94 | $331.68 |
| Dek Garbuja | $668.39 | $668.39 | $1,336.77 | $3.79 | $1,340.56 |
| Vijaykumar Gupta | $48.98 | $48.98 | $97.95 | $0.28 | $98.23 |
| Laxmi Gurung | $88.24 | $88.24 | $176.47 | $0.50 | $176.97 |
| Kazi Lama | $424.49 | $424.49 | $848.98 | $2.41 | $851.39 |
| Pragati Mariyamma | $90.51 | $90.51 | $181.02 | $0.51 | $181.53 |
| Narsiah Nalla | $484.14 | $484.14 | $968.28 | $2.74 | $971.02 |
| Yorbin Osmin Perez Nunez | $428.83 | $428.83 | $857.65 | $2.43 | $860.08 |
| Keshi Reddy Sampath Kumar | $483.66 | $483.66 | $967.31 | $2.74 | $970.05 |
| Ahmadhussain Shaik | $792.01 | $792.01 | $1,584.02 | $4.49 | $1,588.51 |
| Janbi Shaik | $11.62 | $11.62 | $23.24 | $0.07 | $23.31 |
| Noorjan Shaik | $792.80 | $792.80 | $1,585.60 | $4.49 | $1,590.09 |
| Suvas Sharma | $50.03 | $50.03 | $100.06 | $0.28 | $100.34 |
| Dil Kumar Tamang | $426.73 | $426.73 | $853.46 | $2.42 | $855.88 |
| Selaam Venkata Venkata | $16.23 | $16.23 | $32.45 | $0.10 | $32.55 |
| Srinivas Merikinapalli | $711.07 | $711.07 | $1,422.14 | $4.02 | $1,426.16 |
| Rambabu Pilli | $668.93 | $668.93 | $1,337.86 | $3.78 | $1,341.64 |
| | | | $40,000.00 | $113.43 | $40,113.43 |

| 10/31/2021 | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Jose Adali | $54.56 | $54.56 | $109.12 | $0.02 | $109.14 |
| Guadalupe Alalopa | $55.63 | $55.63 | $111.25 | $0.02 | $111.27 |
| Tara Pun Badahur | $638.79 | $638.79 | $1,277.58 | $0.27 | $1,277.85 |
| Srinivas Bonagiri | $426.87 | $426.87 | $853.74 | $0.18 | $853.92 |
| Leonardo Carranza-Zelaya | $125.39 | $125.39 | $250.78 | $0.05 | $250.83 |
| Isais Chivalan | $20.06 | $20.06 | $40.12 | $0.01 | $40.13 |
| Xiomara Galindo | $85.28 | $85.28 | $170.55 | $0.04 | $170.59 |
| Oscar Gomez | $133.68 | $133.68 | $267.35 | $0.06 | $267.41 |
| Joel Justo Gonzalez | $492.33 | $492.33 | $984.66 | $0.21 | $984.87 |
| Dibakar Gurung | $912.77 | $912.77 | $1,825.54 | $0.38 | $1,825.92 |
| Jorge Hernandez | $658.66 | $658.66 | $1,317.32 | $0.28 | $1,317.60 |
| Ranjan KC | $1,046.82 | $1,046.82 | $2,093.64 | $0.44 | $2,094.08 |
| Naga Mani | $426.87 | $426.87 | $853.74 | $0.18 | $853.92 |
| Danilo Melgar-Gomez | $77.97 | $77.97 | $155.94 | $0.03 | $155.97 |
| Joaquim Perreira | $94.77 | $94.77 | $189.54 | $0.04 | $189.58 |
| Ghanga Reddy | $957.74 | $957.74 | $1,915.47 | $0.40 | $1,915.87 |
| Sridhar Reddy | $61.41 | $61.41 | $122.81 | $0.03 | $122.84 |
| Mario Rivera-Ventura | $983.81 | $983.81 | $1,967.61 | $0.41 | $1,968.02 |
| Yovani Rodriguez-Mejia | $1,615.72 | $1,615.72 | $3,231.44 | $0.68 | $3,232.12 |
| Samy Sanabria | $1,640.24 | $1,640.24 | $3,280.47 | $0.69 | $3,281.16 |
| Ravi Radha Shankar | $1,531.25 | $1,531.25 | $3,062.50 | $0.64 | $3,063.14 |
| Manju Tamang | $478.93 | $478.93 | $957.86 | $0.20 | $958.06 |
| Pancha Tamang | $467.02 | $467.02 | $934.03 | $0.20 | $934.23 |
| Armando Zacarias | $661.47 | $661.47 | $1,322.94 | $0.26 | $1,323.20 |
| Navaraj Acharya | $165.37 | $165.37 | $330.74 | $0.07 | $330.81 |
| Dek Garbuja | $668.39 | $668.39 | $1,336.78 | $0.28 | $1,337.06 |
| Vijaykumar Gupta | $48.98 | $48.98 | $97.95 | $0.02 | $97.97 |
| Laxmi Gurung | $88.24 | $88.24 | $176.47 | $0.04 | $176.51 |
| Kazi Lama | $424.50 | $424.50 | $848.99 | $0.18 | $849.17 |

| Name | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Pragati Mariyamma | $90.52 | $90.52 | $181.03 | $0.04 | $181.07 |
| Narsiah Nalla | $484.14 | $484.14 | $968.28 | $0.20 | $968.48 |
| Yorbin Osmin Perez Nunez | $428.83 | $428.83 | $857.65 | $0.18 | $857.83 |
| Keshi Reddy Sampath Kumar | $483.66 | $483.66 | $967.31 | $0.20 | $967.51 |
| Ahmadhussain Shaik | $792.01 | $792.01 | $1,584.02 | $0.33 | $1,584.35 |
| Janbi Shaik | $11.62 | $11.62 | $23.24 | $0.00 | $23.24 |
| Noorjan Shaik | $792.81 | $792.81 | $1,585.61 | $0.33 | $1,585.94 |
| Suvas Sharma | $50.03 | $50.03 | $100.06 | $0.02 | $100.08 |
| Dil Kumar Tamang | $426.73 | $426.73 | $853.46 | $0.18 | $853.64 |
| Selaam Venkata Venkata | $16.21 | $16.21 | $32.41 | $0.00 | $32.41 |
| Srinivas Merikinapalli | $711.07 | $711.07 | $1,422.14 | $0.29 | $1,422.43 |
| Rambabu Pilli | $668.93 | $668.93 | $1,337.86 | $0.27 | $1,338.13 |
| | | | $40,000.00 | $8.35 | $40,008.35 |

| 12/31/2021 | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Jose Adali | $23.87 | $23.87 | $47.74 | $0.00 | $47.74 |
| Guadalupe Alalopa | $24.34 | $24.34 | $48.67 | $0.00 | $48.67 |
| Tara Pun Badahur | $279.48 | $279.48 | $558.95 | $0.00 | $558.95 |
| Srinivas Bonagiri | $186.76 | $186.76 | $373.51 | $0.00 | $373.51 |
| Leonardo Carranza-Zelaya | $54.86 | $54.86 | $109.72 | $0.00 | $109.72 |
| Isais Chivalan | $8.78 | $8.78 | $17.56 | $0.00 | $17.56 |
| Xiomara Galindo | $37.31 | $37.31 | $74.62 | $0.00 | $74.62 |
| Oscar Gomez | $58.49 | $58.49 | $116.97 | $0.00 | $116.97 |
| Joel Justo Gonzalez | $215.40 | $215.40 | $430.79 | $0.00 | $430.79 |
| Dibakar Gurung | $399.34 | $399.34 | $798.68 | $0.00 | $798.68 |
| Jorge Hernandez | $288.17 | $288.17 | $576.33 | $0.00 | $576.33 |
| Ranjan KC | $457.99 | $457.99 | $915.97 | $0.00 | $915.97 |
| Naga Mani | $186.76 | $186.76 | $373.51 | $0.00 | $373.51 |
| Danilo Melgar-Gomez | $34.12 | $34.12 | $68.23 | $0.00 | $68.23 |
| Joaquim Perreira | $41.46 | $41.46 | $82.92 | $0.00 | $82.92 |
| Ghanga Reddy | $419.02 | $419.02 | $838.03 | $0.00 | $838.03 |
| Sridhar Reddy | $26.87 | $26.87 | $53.73 | $0.00 | $53.73 |
| Mario Rivera-Ventura | $430.42 | $430.42 | $860.84 | $0.00 | $860.84 |
| Yovani Rodriguez-Mejia | $706.88 | $706.88 | $1,413.76 | $0.00 | $1,413.76 |
| Samy Sanabria | $717.61 | $717.61 | $1,435.22 | $0.00 | $1,435.22 |
| Ravi Radha Shankar | $669.93 | $669.93 | $1,339.85 | $0.00 | $1,339.85 |
| Manju Tamang | $209.53 | $209.53 | $419.06 | $0.00 | $419.06 |
| Pancha Tamang | $204.32 | $204.32 | $408.64 | $0.00 | $408.64 |
| Armando Zacarias | $289.35 | $289.35 | $578.70 | $0.00 | $578.70 |
| Navaraj Acharya | $72.35 | $72.35 | $144.70 | $0.00 | $144.70 |
| Dek Garbuja | $292.42 | $292.42 | $584.84 | $0.00 | $584.84 |
| Vijaykumar Gupta | $21.43 | $21.43 | $42.85 | $0.00 | $42.85 |
| Laxmi Gurung | $38.61 | $38.61 | $77.21 | $0.00 | $77.21 |
| Kazi Lama | $185.72 | $185.72 | $371.44 | $0.00 | $371.44 |
| Pragati Mariyamma | $39.60 | $39.60 | $79.20 | $0.00 | $79.20 |
| Narsiah Nalla | $211.81 | $211.81 | $423.62 | $0.00 | $423.62 |
| Yorbin Osmin Perez Nunez | $187.62 | $187.62 | $375.23 | $0.00 | $375.23 |
| Keshi Reddy Sampath Kumar | $211.60 | $211.60 | $423.20 | $0.00 | $423.20 |
| Ahmadhussain Shaik | $346.51 | $346.51 | $693.02 | $0.00 | $693.02 |
| Janbi Shaik | $5.09 | $5.09 | $10.17 | $0.00 | $10.17 |
| Noorjan Shaik | $346.86 | $346.86 | $693.71 | $0.00 | $693.71 |
| Suvas Sharma | $21.89 | $21.89 | $43.78 | $0.00 | $43.78 |
| Dil Kumar Tamang | $186.70 | $186.70 | $373.39 | $0.00 | $373.39 |

|  | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Selaam Venkata Venkata | $7.07 | $7.07 | $14.14 | $0.00 | $14.14 |
| Srinivas Merikinapalli | $311.10 | $311.10 | $622.19 | $0.00 | $622.19 |
| Rambabu Pilli | $292.66 | $292.66 | $585.31 | $0.00 | $585.31 |
|  |  |  | $17,500.00 |  | $17,500.00 |

| 02/28/2022 | Back Wages | Liquidated | Principal | Interest | Total Owed |
|---|---|---|---|---|---|
| Jose Adali | $23.90 | $23.90 | $47.80 | $0.00 | $47.80 |
| Guadalupe Alalopa | $24.36 | $24.36 | $48.72 | $0.00 | $48.72 |
| Tara Pun Badahur | $279.78 | $279.78 | $559.55 | $0.00 | $559.55 |
| Srinivas Bonagiri | $186.96 | $186.96 | $373.92 | $0.00 | $373.92 |
| Leonardo Carranza-Zelaya | $54.92 | $54.92 | $109.84 | $0.00 | $109.84 |
| Isais Chivalan | $8.79 | $8.79 | $17.57 | $0.00 | $17.57 |
| Xiomara Galindo | $37.35 | $37.35 | $74.70 | $0.00 | $74.70 |
| Oscar Gomez | $58.55 | $58.55 | $117.09 | $0.00 | $117.09 |
| Joel Justo Gonzalez | $215.63 | $215.63 | $431.26 | $0.00 | $431.26 |
| Dibakar Gurung | $399.77 | $399.77 | $799.54 | $0.00 | $799.54 |
| Jorge Hernandez | $288.48 | $288.48 | $576.96 | $0.00 | $576.96 |
| Ranjan KC | $458.48 | $458.48 | $916.96 | $0.00 | $916.96 |
| Naga Mani | $186.96 | $186.96 | $373.92 | $0.00 | $373.92 |
| Danilo Melgar-Gomez | $34.15 | $34.15 | $68.30 | $0.00 | $68.30 |
| Joaquim Perreira | $41.51 | $41.51 | $83.01 | $0.00 | $83.01 |
| Ghanga Reddy | $419.47 | $419.47 | $838.93 | $0.00 | $838.93 |
| Sridhar Reddy | $26.89 | $26.89 | $53.78 | $0.00 | $53.78 |
| Mario Rivera-Ventura | $430.89 | $430.89 | $861.77 | $0.00 | $861.77 |
| Yovani Rodriguez-Mejia | $707.65 | $707.65 | $1,415.29 | $0.00 | $1,415.29 |
| Samy Sanabria | $718.39 | $718.39 | $1,436.77 | $0.00 | $1,436.77 |
| Ravi Radha Shankar | $670.65 | $670.65 | $1,341.30 | $0.00 | $1,341.30 |
| Manju Tamang | $209.76 | $209.76 | $419.52 | $0.00 | $419.52 |
| Pancha Tamang | $204.54 | $204.54 | $409.08 | $0.00 | $409.08 |
| Armando Zacarias | $289.95 | $289.95 | $579.90 | $0.00 | $579.90 |
| Navaraj Acharya | $72.28 | $72.28 | $144.55 | $0.00 | $144.55 |
| Dek Garbuja | $292.14 | $292.14 | $584.27 | $0.00 | $584.27 |
| Vijaykumar Gupta | $21.41 | $21.41 | $42.81 | $0.00 | $42.81 |
| Laxmi Gurung | $38.57 | $38.57 | $77.13 | $0.00 | $77.13 |
| Kazi Lama | $185.54 | $185.54 | $371.07 | $0.00 | $371.07 |
| Pragati Mariyamma | $39.56 | $39.56 | $79.12 | $0.00 | $79.12 |
| Narsiah Nalla | $211.61 | $211.61 | $423.21 | $0.00 | $423.21 |
| Yorbin Osmin Perez Nunez | $187.43 | $187.43 | $374.85 | $0.00 | $374.85 |
| Keshi Reddy Sampath Kumar | $211.40 | $211.40 | $422.79 | $0.00 | $422.79 |
| Ahmadhussain Shaik | $346.17 | $346.17 | $692.33 | $0.00 | $692.33 |
| Janbi Shaik | $5.08 | $5.08 | $10.15 | $0.00 | $10.15 |
| Noorjan Shaik | $346.52 | $346.52 | $693.03 | $0.00 | $693.03 |
| Suvas Sharma | $21.87 | $21.87 | $43.73 | $0.00 | $43.73 |
| Dil Kumar Tamang | $186.52 | $186.52 | $373.03 | $0.00 | $373.03 |
| Selaam Venkata Venkata | $7.23 | $7.23 | $14.45 | $0.00 | $14.45 |
| Srinivas Merikinapalli | $308.64 | $308.64 | $617.28 | $0.00 | $617.28 |
| Rambabu Pilli | $290.36 | $290.36 | $580.72 | $0.00 | $580.72 |
|  |  |  | $17,500.00 |  | $17,500.00 |